UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VOSS OF NORWAY, A.S.A.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHELLE KING, NV HOTEL COMPANY, and BOUTIQUE HOTELIERS,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01117-APG-PAL<br><br>**ORDER EXTENDING SERVICE DEADLINE** |

　　　In response to the clerk of court's notice of intent to dismiss, plaintiff Voss of Norway filed proof of service by email in accordance with Judge Leen's prior order (ECF No. 16) granting leave to serve by email. *See* ECF Nos. 18, 19. In addition to timely serving through two email address, Voss served the defendants again on September 9, 2016 via email addresses obtained as a result of a subpoena served on Domains by Proxy. ECF No. 19. Voss thus requests I extend the service deadline to September 9, 2016.

　　　Voss has exercised diligence and has shown good cause to extend the service deadline in Federal Rule of Civil Procedure 4(m). I therefore grant the request to extend the deadline to September 9, 2016. *Lemoge v. United States*, 587 F.3d 1188, 1198 (9th Cir. 2009); *Efaw v. Williams*, 473 F.3d 1038, 1041 (9th Cir. 2007).

　　　IT IS THEREFORE ORDERED that the deadline to serve process is extended to September 9, 2016, and this action will not be dismissed for failure to file proof of service.

　　　DATED this 5th day of December, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE